**B1 (Official Form 1) (04/13)**

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Perfect Peace Funeral Homes Incorporated | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>  dba David Lane-Floyd W. Gilmore Funeral Services<br>  fka Alpha & Omega Funeral Services | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 45-3832941 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br><br>ZIPCODE 11207 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Brooklyn (Kings) | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other   Funeral Home

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

**Estimated Assets**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-874 - Wednesday, April 01, 2015, at 19:28:19 - FFDK-DRNH***** - PDF-XChange 4.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Perfect Peace Funeral Homes Incorporated |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Perfect Peace Funeral Homes Incorporated |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ Julio E. Portilla
Signature of Attorney for Debtor(s)

JULIO E. PORTILLA 0690
Printed Name of Attorney for Debtor(s)

Law Office of Julio E. Portilla, P.C.
Firm Name

111 Broadway, Suite 706
Address

New York, NY 10006

212-365-0292
Telephone Number

3/31/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Floyd W. Gilmore
Signature of Authorized Individual

FLOYD W. GILMORE
Printed Name of Authorized Individual

President
Title of Authorized Individual

3/31/2015
Date

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

In re   Perfect Peace Funeral Homes Incorporated   ,
　　　　　　　　　　　　　　Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Premium Credit Service, Inc. PO Box 385 Monticello, MN 55362 | | | | 1,467.12 |
| Barbara's Flower Shop 1096 Bergen Street Brooklyn, NY 11216 | | | | 1,712.50 |
| The Norwalk Vault Company 425 Harral Avenue Bridgeport, Ct. 06604 | | | | 2,215.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GB Collects, LLC<br>145 Bradford Dr.<br>West Berlin, NJ 08091 | | | | 2,303.26 |
| Berk Marketing Radio & TV<br>San Diego, CA 92130 | | | | 3,000.00 |
| WABC-TV Inc.<br>77 West 66th Street<br>New York, NY 10023 | | | Disputed | 6,000.00 |
| Restoration & Cleaning Services LLC<br>8421 Hegerman Street<br>Philadelphia, PA 19136 | | | Disputed | 6,113.88 |
| Community Newspaper Group c/o Meyers, Saxon & Cole<br>3620 Quentin Road<br>Brooklyn, New York 11234 | | | | 6,823.08 |
| NYC Office of the Sheriff<br>Law Enforcement Bureau<br>208-210 Joralemon Street- Room 909<br>Brooklyn, NY 11201 | | | | 7,029.23 |
| Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, Fl 33614 | | | | 7,145.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| National Grid<br>40 Sylvan Road<br>Waltham, MA, 02451 | | | Disputed | 9,089.57 |
| Consolidated Edison, Inc.<br>4 Irving Place, Room 700<br>New York, NY, 10003 | | | Disputed | 10,593.90 |
| C & J Financial LLC<br>c/o<br>Mathew G. Bagley<br>Jeffrey R. Stephens<br>5300 South 360 West, Suite 250<br>Murray, UT 84123 | | | Disputed | 13,782.00 |
| Platinum Rapid Funding Group Ltd.<br>c/o<br>Lindsey Rohan, Esq.<br>Lake Grove, NY 11755 | | | Disputed | 14,515.00 |
| Reach Local, Inc.<br>21700 Oxnard reet, Suite 1600<br>Woodland Hills, CA 91367 | | | Disputed | 15,000.00 |
| Lamar Advertising<br>380 Lexington Avenue<br>New York, NY 10168 | | | Disputed | 15,385.75 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Perkins Limousine c/o Nicole J. Coward, Esq. Brian F. Sharpe, Esq. Comrie & Coward LLP 148 South Long Beach Avenue Freeport, New York 11520 | | | Disputed | 24,613.00 |
| 422 Louisiana Realty LLC 234 Logan Street Brooklyn New York 11208 | | | | 28,771.24 |
| Worker's Compensation Board of the State of New York 328 State Street Schenectady, NY 12305 | | | Disputed | 65,500.00 |
| Batesville Casket Company, Inc. One Batesville Blvd. Batesville, Indiana 47006 | | | Disputed | 150,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   3/31/2015

                                       Signature    /s/ Floyd W. Gilmore
                                                         FLOYD W. GILMORE ,
                                                         President

422 Louisiana Realty LLC
234 Logan Street
Brooklyn New York 11208


Abigail Press
9735 133rd Ave,
Jamaica, NY 11417


Barbara's Flower Shop
1096 Bergen Street
Brooklyn, NY 11216


Batesville Casket Company, Inc.
One Batesville Blvd.
Batesville, Indiana 47006


Berk Marketing Radio & TV
San Diego, CA 92130


C & J Financial LLC c/o
Mathew G. Bagley
Jeffrey R. Stephens
5300 South 360 West, Suite 250
Murray, UT 84123


City Marshal
Alejandro R. Finardo
47-26 104th Steet
Corona, NY 11368


Community Newspaper Group c/o
Meyers, Saxon & Cole
3620 Quentin Road
Brooklyn, New York  11234


Consolidated Edison, Inc.
4 Irving Place, Room 700
New York, NY, 10003

```
Daily News LP c/o
Andre John Calcagno, Esq.
213 Avenue South E
Cranford, NJ 07016


Elizabeth Dantzler c/o
Andrew M .Ayers, P.C.
540 President Street, 3rd Floor
Brooklyn, NY 11215


GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091


Heitner & Breitstein
26 Court Street, Ste 304
Brooklyn, NY 11242


Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, Fl 33614


Inner City Broadcasting c/o
Smith, Carroad, Levy & Finkel
5036 Jericho Turnpike
Commack, NY 177125


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19114



Lamar Advertising
380 Lexington Avenue
New York, NY 10168


Martin A. Bienstock
Marshal, City of New York
36-35 Bell Boulevard
Po Box 610700
Bayside, NY 11361
```

```
National Grid
40 Sylvan Road
Waltham, MA, 02451


New York State Department of Finance
Bankruptcy/Special Procedures Sect
PO Box 5300
Albany, NY 12205


NYC Department of Fiannce
Att: Legal Affairs-Devora Cohen
345 Adams Street, 3rd Floor
Brooklyn, NY 11201


NYC Office of the Sheriff
Law Enforcement Bureau
208-210 Joralemon Street- Room 909
Brooklyn, NY 11201


Office of the Attorney General
Albany, NY 12224



Perkins Limousine c/o
Nicole J. Coward, Esq.
Brian F. Sharpe, Esq.
Comrie & Coward LLP
148 South Long Beach Avenue
Freeport, New York 11520


Platinum Rapid Funding Group Ltd. c/o
Lindsey Rohan, Esq.
Lake Grove, NY 11755


Premium Credit Service, Inc.
PO Box 385
Monticello, MN 55362


Reach Local, Inc.
21700 Oxnard reet, Suite 1600
Woodland Hills, CA 91367
```

Red Wagon Removal Corp. c/o
Brian Jay Oberman
160 East 56th Street
New York, NY 10022


Restoration & Cleaning Services LLC
8421 Hegerman Street
Philadelphia, PA 19136


Securtities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, NY 10279


Sign World, Inc. c/o
Kaplan Belsky Ross Bartell, LLP
666 Old Country Road-Suite 602
Garden City, NY 11530


Stanley Avenue LLC c/o
Howard W. Rachin, Esq.
11 Park Palce, Suite 816
New York, NY 10007


The Norwalk Vault Company
425 Harral Avenue
Bridgeport, Ct. 06604


The Roman Catholic Diocese
of Brooklyn, New York dba
Catholic Cemeteries c/o
Wingate, Kearney & Cullen, Esq.
45 Main Street
Brooklyn, NY 11201


United Health Care
48 Turnpike
Trumbull, CT 06611

```
US Attorney's Office - SDNY
86 Chambers Street
New York, New York 10007



WABC-TV Inc.
 77 West 66th Street
New York, NY 10023


Worker's Compensation Board of
the State of New York
328 State Street
Schenectady, NY 12305
```

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In re  Perfect Peace Funeral Homes Incorporated ,
                                       Debtor

Case No. _____

Chapter  11

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

**List of Equity Security Holders**

B203
12/94

# United States Bankruptcy Court
### Eastern District of New York

In re  Perfect Peace Funeral Homes Incorporated           Case No. _____

                                                          Chapter    _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................…………………….............. $ ___7,200.00___
    Prior to the filing of this statement I have received .......…………………................ $ ___7,200.00___
    Balance Due ...........................................................................……………….......... $ _____0.00_____

2. The source of compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

____3/31/2015_____        _____/s/ Julio E. Portilla_____
           Date                                          *Signature of Attorney*

                                         Law Office of Julio E. Portilla, P.C.
                                         _____
                                                   *Name of law firm*