# United States Bankruptcy Court

Eastern District of New York
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

IN RE:                                                                                    CASE NO: 1–15–41458–nhl

Perfect Peace Funeral Homes Incorporated
dba David Lane–Floyd W. Gilmore Funeral Services
fka  Alpha & Omega Funeral Services

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 11

45–3832941

DEBTOR(s)

## NOTICE TO CURE DEFECTIVE INTERNET FILING

The above–referenced bankruptcy petition electronically filed on April 1, 2015 for the above–referenced debtor has the following deficiency(ies) indicated by a check mark below:

- ☐ The bankruptcy petition was not attached at the time of filing
- ☐ Incorrect Attachment – the bankruptcy petition for a different debtor was attached at the time of filing
- ☐ The petition was not signed by:
- ☑ Other (specify): Debtor's address omitted from petition

The deficiencies identified in this Notice must be cured within five (5) days of the transmission of this Notice. If the deficiencies are not cured within this time period, the above–referenced bankruptcy filing may be dismissed.

Dated: April 2, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntcdeffiling1.jsp** [Notice to Cure Defective Internet Filings rev. 12/01/09]